## ESTATE OF ELLEN DOYLE.

No. 5650—Sept. 10, 1874.

PRACTICE.—REMOVAL OF ADMINISTRATOR.—Administrator not entitled to a jury upon the question of his removal for maladministration.

An application for the removal of an administrator under Secs. 1436-8, C. C. P., is to be heard by the Court sitting without a jury, the question being one entirely within the discretion of the Judge.

Construing sections, C. C. P., 1436-8.

*A. C. Searle*, for administrator.

*F. F. Taylor*, contra.

This proceeding is under Secs. 1436–8, C. C. P., for the removal of the administrator for maladministration.

The administrator demanded a jury to try the issues, claiming that such is his right.

By the COURT: The demand is denied. The statute expressly provides that the Court shall try the issues.